```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,        ) Case No.: 08-MJ-1220
                                 )
                                 )
                                 ) NOTICE OF APPEARANCE
        vs.                      )
                                 )
ILYA BORUCH,                     )
                                 )
              Defendant.         )
                                 )
```

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant, ILYA BORUCH.  I certify that I am admitted to practice in this Court.

Dated:      New York, New York
            June 24, 2008

                                /s/ Michael P. Kushner
                                MICHAEL PETER KUSHNER (MK 6117)

                                mkushner@blanch-law.com
                                350 Fifth Avenue, 68th Floor
                                New York, New York 10118
                                212.736.9721 (t)
                                212.378.4325 (f)
                                917.599.6117 (m)