```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,        ) Case No.: 08-MJ-1220
                                 )
                                 )
                                 ) **NOTICE OF APPEARANCE**
      vs.                        )
                                 )
ILYA BORUCH,                     )
                                 )
            Defendant.           )
                                 )
```

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant, ILYA BORUCH.  I certify that I am admitted to practice in this Court.

Dated:     New York, New York
           July 14, 2008


                              /s/ Ryan G. Blanch
                              Ryan Gordon Blanch (RB 5112)


                              rblanch@blanch-law.com
                              350 Fifth Avenue, 68th Floor
                              New York, New York 10118
                              212.736.9721 (t)
                              212.378.4325 (f)
                              212.736.9777 (m)

NOTICE OF APPEARANCE                                          Page - 1