# EXHIBIT 4



## How Justice Is Served

Client ID 538-84-
May 31, 2009

Change of Address?

_____
_____
_____

Account Charges $    1,144.80
Total Payments $    1,046.22

Amount Due $    98.58

Amount Enclosed $    _____

**Boruch, Ilya**
**102-17 64th Rd**
**Apt 6J**
**FOREST HILLS, NY 11375**

Please DETACH the above and return it with your payment in the enclosed envelope.
PAYMENT DUE UPON RECEIPT



## How Justice Is Served

Client ID 538-84-
May 31, 2009

Boruch, Ilya
102-17 64th Rd
Apt 6J
FOREST HILLS, NY 11375

| Current Program Charges For month ended May 31, 2009 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit Number | Start Date | End Date | Rate(s) | Days | Total Charges | Date | Amount |
| 7104712 | 06/06/08 | Active | $ 3.18 | 360.00 | $ 1,144.80 | | |

| Account Status As of May 31, 2009 | | | | | |
|---|---|---|---|---|---|
| Total Days Active | Total Program Charges | Last Payment Date | Last Payment Amount | Total Payments Received To Date | Total Amount Due |
| 363 | 1,144.80 | 05/19/09 | $ 95.40 | 1,046.22 | 98.58 |

**If you have any questions regarding your account, please contact your supervising officer**

Please make CASHIER'S check or MONEY ORDER payable to:

**BI Incorporated**
**6400 Lookout Road**
**Boulder, CO 80301**

**NO PERSONAL CHECKS ACCEPTED**

All payments received by the 25th of the month have been included on this invoice. All payments received after the 25th will be included on next month's invoice.