# THE BLANCH LAW FIRM A Professional Corp.

350 Fifth Avenue, 68th Floor ● New York, New York 10118 ● Tel. 212.736.9721 ● Fax 212-378-4325

September 4, 2009

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1312

Re: United States v. Ilya Boruch, 08-CR-820

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: **SEP 0 8 2009**

> SO ORDERED:
> *George B Daniels*
> George B. Daniels, U.S.D.J.
> Dated: ___SEP 0 8 2009

Dear Judge Daniels,

This Firm represents the defendant, Ilya Boruch, in the above-captioned case. Since Mr. Boruch was first arrested in June of 2008, there have been several personnel changes at the Firm. I have spoken with the clerk in the Electronic Case Filing Division of the Clerk's Office and have learned that a letter to the Court is the appropriate mechanism through which to request the removal of those attorneys who are no longer representing Mr. Boruch from the electronic notification system. I therefore write to request that Michael Peter Kushner and Lawrence James Fredella, two attorneys who are no longer with The Blanch Law Firm, be removed from the list of persons notified of Electronic Case Filings in the above-captioned case.

If you have any questions or concerns about this request, please do not hesitate to contact me at the phone number below. Thank you for your time and attention in this matter.

Respectfully submitted,

Edward J. McQuat, Esq.
The Blanch Law Firm, P.C.
350 Fifth Avenue, 68th Floor
New York, NY 10118
(212) 736-9721
*Attorney(s) for Defendant*