# THE BLANCH LAW FIRM A Professional Corp.

350 Fifth Avenue, 68th Floor • New York, New York 10118 • Tel. 212.736.9721 • Fax 212-378-4325

September 25, 2009

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Date: OCT 0 8 2009

Re: United States v. Ilya Boruch, Indictment No. 08-CR-820

Dear Judge Daniels,

This firm represents the defendant, Ilya Boruch, in the above-referenced case. Mr. Boruch's wife, Yuliya Boruch, is pregnant with the couple's second child and has a due date of February 10, 2010. A copy of a certificate of professional care from her treating physician, Dr. Nodar Kozhin, M.D, is enclosed. I write to request the Court's permission for Mr. Boruch to attend the birth of his child and to remain at the hospital during his wife's admission.

It is my understanding that a similar request was granted for the birth of Mr. Boruch's first child in the fall of 2008. At that time, Mr. Boruch called Pretrial Services and left a message about the impending birth before accompanying his wife to the hospital. He was subsequently permitted to remain at the hospital with his wife for the 3-day duration of her admission and provided a note from the hospital to Pretrial Services after his wife and child were discharged. Mr. Boruch anticipates a similar process for the birth of his second child, and requests a similar modification of his conditions at the appropriate date.

Because a birth is an unexpected event, an exact date is impossible to predict. I therefore ask that the Court permit Mr. Boruch to accompany his wife to the hospital when she enters labor and to inform his pre-trial services officer of his whereabouts as soon as practicable.

I have discussed this matter with AUSA Thomas Brown and Pre-trial Services Officer Franco Furelli, neither of whom object to Mr. Boruch attending the birth. Thank you for your time and consideration in this matter.

Respectfully submitted,

Edward J. McQuat, Esq.
The Blanch Law Firm, P.C.
350 Fifth Avenue, 68th Floor
New York, NY 10118
(212) 736-9721
*Attorney(s) for Defendant*

Enclosures

Cc: AUSA Thomas Brown
    Pre-trial Services Officer Franco Furelli

**OBSTETRICAL & GYNECOLOGICAL, P.C.**
Leo Boter, M.D.
Nodar Kozhin, M.D.
69-60 108th STREET, SUITE 101
FOREST HILLS, NEW YORK 11375
Tel (718) 544-4838  Fax (718) 896-3166

CERTIFICATE OF PROFESSIONAL CARE

Date 8/27/09

This is to certify that

Yuliya Borush

is under my care for the following:

Pregnancy 17 weeks
Expected date of
delivery 2/10/2010

Dr. _____