# THE BLANCH LAW FIRM A Professional Corp.

350 Fifth Avenue, 68th Floor • New York, New York 10118 • Tel. 212.736.9721 • Fax 212-378-4325

September 29, 2009

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2009

SO ORDERED:
*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 0 8 2009

Re: <u>United States v. Ilya Boruch</u>, Indictment No. 08-CR-820

Dear Judge Daniels,

This firm represents the defendant, Ilya Boruch, in the above-referenced case. I write to request that Mr. Boruch be permitted to attend the following upcoming religious events at his synagogue in Queens, New York, to have dinner with his family after services, and to return to his home at the times specified below. The schedule of evening events is as follows:

| Event: | Date: | Time extension requested: |
|---|---|---|
| Sukkot | | |
|    Days 1, 2, and 8 | October 2, 3, and 9, 2009 | 11:30 p.m. |
|    Days 3 through 7 | October 4 through 8, 2009 | 10:00 p.m. |
| Shemini Atzeret | October 10, 2009 | 11:30 p.m. |
| Simchat Torah | October 11, 2009 | 11:30 p.m. |
| Hanukkah | December 11 through 19, 2009 | 11:30 p.m. |

I have discussed this matter with AUSA Thomas Brown and with Pre-trial Services Officer Franco Furelli, neither of whom object to this request. I therefore request that Mr. Boruch be granted leave to attend these events.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Edward J. McQuat, Esq.
The Blanch Law Firm, P.C.
350 Fifth Avenue, 68th Floor
New York, NY 10118
(212) 736-9721
*Attorney(s) for Defendant*


CC:   AUSA Thomas Brown
      Pretrial Services Office Franco Furelli