UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-v-

ILYA BORUCH,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 23 2011

ORDER

08 cr 00820 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of the Court is directed to close motions # 42 and # 69.

Dated: New York, New York
        August 23, 2011

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge